**Tracy Lee WOLFINBARGER**

v.

**Geneva Marie WOLFINBARGER.**

Court of Appeals of Kentucky.

March 21, 1958.

Rehearing Denied May 9, 1958.

Earl F. Ashcraft, Irvine, for appellant.

H. M. Shumate, Shumate & Shumate, Irvine, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Estill Circuit Court of $2,000 alimony to a wife as part of a decree of divorce.

Notice of a motion to submit the case was served by mail upon the appellant's attorney. CR 5.02. After submission of the case, the court was authorized to enter the judgment out of term and on a day other than Rule Day. CR 6.03.

We regard the award as fully sustained by the evidence.

Motion for an appeal is overruled, and the judgment stands affirmed.